United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 05-40656
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDUARDO ALFONSO TORO-MUNOZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-2043-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Eduardo Alfonso Toro-Munoz (Toro) entered a guilty plea to
one count of possession of 1.2 kilograms of methamphetamine with
intent to distribute and was sentenced to 96 months of
imprisonment and five years of supervised release.  Toro contends
that 21 U.S.C. § 841 is unconstitutional in light of the Supreme
Court's decision in Apprendi v. New Jersey, 530 U.S. 466, 488
(2000).  Toro acknowledges that his argument is foreclosed by
this court's precedent, United States v. Slaughter, 238 F.3d 580,

————————————————————

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

582 (5th Cir. 2000), but he seeks to preserve the issue for Supreme Court review.

Toro's argument is foreclosed. <u>Slaughter</u>, 238 F.3d at 582; <u>see</u> <u>United States v. Fort</u>, 248 F.3d 475, 482-83 (5th Cir. 2001). Accordingly, the district court's judgment is AFFIRMED.